UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GIOVANNI PINON,

               Plaintiff,

v.

GENE YUP, *et al*,

               Defendants.

Case No. 3:18-cv-00089-MMD-WGC

**ORDER RE:**

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

    Plaintiff, Giovanni Pinon, appearing *pro se*, and Defendant, Gene Yup, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Gerri Lynn Hardcastle, Deputy Attorney General, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the Settlement Agreement and Full and Final Release, each party shall bear its own attorneys' fees and costs.

DATED this _____ day of June, 2019.　　　　DATED this 14th day of June, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　AARON D. FORD
　　　　　　　　　　　　　　　　　　　　　　　　Attorney General

By: _____　　　By: _____
　　GIOVANNI PINION (#1047613)　　　　　　　GERRI LYNN HARDCASTLE
　　Plaintiff, *Pro Se*　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　　　　　Bureau of Litigation
　　　　　　　　　　　　　　　　　　　　　　　　Public Safety Division
　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

**IT IS SO ORDERED:**

_____
**U.S. DISTRICT JUDGE**

**DATED:** June 18, 2019

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 17th day of June, 2019, I caused a copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

Giovanni Pinon, #1047613
Care of NNCC Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

_____
An employee of the
Office of the Attorney General